# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## IN AND FOR LEE COUNTY, FLORIDA
### CIVIL DIVISION

ISLES OF PORTO VISTA CONDOMINIUM
10 ASSOCIATION, INC.,

       Plaintiff,                                CASE NO.:

v.

VANTAGE RISK SPECIALTY
INSURANCE COMPANY,

       Defendant.

_____/

## **COMPLAINT**

    **COMES NOW,** the Plaintiff, ISLES OF PORTO VISTA CONDOMINIUM 10 ASSOCIATION, INC., (hereinafter "Plaintiff"), by and through the undersigned counsel and sues the Defendant, VANTAGE RISK SPECIALTY INSURANCE COMPANY, (hereinafter "Defendant"), and alleges the following:

    1.    This is an action for damages which exceed Fifty Thousand and 00/100 ($50,000.00) Dollars, exclusive of attorneys, costs, and interest.

    2.    At all times material to this cause of action the Plaintiff was the owner of the property located at 3965 Pomodoro Circle, Cape Coral, Florida 33909.

    3.    At all times material to this action, Defendant was and is a foreign insurance company authorized to do and doing business in Lee County, Florida, where the subject insurance contract was issued, and the subject property is located.

    4.    Venue is proper in the Twentieth Judicial Circuit pursuant to Florida Statute §47.011, because the cause of action upon which these allegations are based accrued in Lee County, Florida, and the property at issue is located in Lee County, Florida.

5.    Plaintiff purchased an insurance policy from Defendant, policy number ICF1003286 (the "Policy"), which insured the property located at 3965 Pomodoro Circle, Cape Coral, Florida 33909 in Lee County, Florida (the "Property"). A complete copy of the certified insurance policy is attached hereto, as "**Exhibit A**."

6.    Plaintiff has paid all of the premiums on said Policy, and the Policy was in full force and effect at all relevant times herein.

7.    The Property is a three (3) floor condominium building that consists of twelve (12) units.

8.    During the policy period of May 12, 2022 to May 12, 2023, damages to the Property, as covered under the subject insurance policy, occurred as a direct and proximate result of a covered peril, to wit: high-speed wind resulting from Hurricane Ian.

9.    The damage to the Property caused by Hurricane Ian include, but are not limited to, damage to the roofing system of the Property and damage to the windows of the Property, which are covered losses under the Policy.

10.    Defendant has a contractual and legal obligation to pay for damages incurred as a result of covered losses under the Policy.

11.    Plaintiff timely reported the loss to Defendant.

12.    Defendant assigned a date of loss of September 28, 2022.

13.    On March 21, 2023, Defendant sent a letter to Plaintiff claiming that the quantum and value of the loss is less than the insuring policy deductible and further claimed that the damage and losses to the roofing system and windows was occasioned due to events and circumstances not covered by the Policy.

2

## COUNT I – BREACH OF CONTRACT

14.    Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs one (1) through fourteen (14), as if fully set forth herein.

15.    Plaintiff has complied with all of the conditions precedent to bringing the causes of action alleged in this complaint or the defendant has waived or is estopped from asserting same.

16.    Defendant breached the subject policy for this loss by denying insurance coverage and/or failing to pay the full amount of the damages caused by the covered peril.

17.    Plaintiff has suffered damages as a result of not having the contracted for benefits paid pursuant to the Policy.

18.    Plaintiff was forced to retain legal counsel to represent their interest in this cause and are obligated to pay a reasonable fee for services rendered pursuant to Florida Statute §627.428.

**WHEREFORE.** Plaintiff, ISLES OF PORTO VISTA CONDOMINIUM 10 ASSOCIATION INC., demands judgement against the Defendant, VANTAGE RISK SPECIALTY INSURANCE COMPANY, for an amount exceeding Fifty-Thousand Dollars $50,000 and for all other relief deemed just and appropriate by this Court.

## DEMAND FOR JURY TRIAL

The Plaintiff, ISLES OF PORTO VISTA CONDOMINIUM 10 ASSOCIATION INC., further demands a trial by jury of all issues so triable as a matter of right.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was electronically filed through the Florida E-Portal, on this 3rd day of October, 2023, with copies to be served on

3

Defendant via Service of Process along with Plaintiff's Request for Admissions, Plaintiff's

Interrogatories, Plaintiff's Request for Production of Documents, and Plaintiff's Designation.

**FLORIN ROEBIG, PA**

*/s/ Shaun M. Cummings*

_____
**SHAUN M. CUMMINGS, ESQ.**
Florida Bar No.: 0111944
**CHASE P. FLORIN, B.C.S.**
FBN: 102615
**KAVON P. SMITH, ESQ.**
FBN: 1004969
**HAL S. WEITZENFELD, ESQ**
FBN: 645826
777 Alderman Road
Palm Harbor, FL 34683
Telephone: (727) 786-5000
Fax: (727) 772-9833
Service Emails:
FPService@florinroebig.com
Chase@florinroebig.com
KSmith@florinroebig.com
Hweitzenfeld@florinroebig.com
**Attorneys for Plaintiff**

4



**Tower Hill Insurance.**
Post Office Box 147018
Gainesville, FL 32614-7018

Isles of Porto Vista Condominium 10 Association Inc
C/O FLORIDA SKYLINE MANAGEMENT
22163 MAJESTIC WOODS WAY
BOCA RATON, FL 33428

00105300000 ICF1003286  455648  LDEC   D

This page is intentionally left blank



00205300000 ICF1003286 455648 LDEC D

# VANTAGE RISK SPECIALTY INSURANCE COMPANY
## COMMERCIAL LINES POLICY

Administrative Office: Tower Hill Insurance Group, LLC
Post Office Box 147018
Gainesville, FL 32614-7108
(800) 509-1592

**VR JACKET (07/21)**                                                                **Page 1 of 2**

# IN WITNESS

## Vantage Risk Specialty Insurance Company

River Point, 17th Floor
444 W. Lake Street
Chicago, IL 60606

In witness whereof, Vantage Risk Specialty Insurance Company has caused this policy to be signed by its secretary and president.


Bobbi Anderson, Secretary                    Greg Hendrick, President

**VR JACKET (07/21)**                                                    **Page 2 of 2**

Insured's Name: Isles of Porto Vista Condominium 10 Association Inc          Policy #  ICF1003286

| Policy Dates: | From: 05/12/2022      To: 05/12/2023 |
|---|---|
| Surplus Lines Agent's Name: | Mike Hisey |
| Surplus Lines Agent's Address: | 7201 NW 11th Place,      Gainesville, FL 32605-3150 |
| Surplus Lines Agent's License #: | E168060 |
| Producing Agent's Name: | McGriff Insurance Services<br>Pamela Kelly |

Producing Agent's Physical Address: 7701 Airport Ctr. Dr. Ste 1800, Greensboro, NC 27409-9047

**"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER."**

# "SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY."

Total Commissionable Premium:  $11,617.00          Policy Tax:  $585.24

Inspection Fee:  $130.00                                    Policy Fee:  $100.00

FSLSO Tax:  $7.11

EMPAT Surcharge: $4.00

Total Premium:  $12,443.35

Surplus Lines Agent's Countersignature:

# "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT- OF-POCKET EXPENSES TO YOU."

# "THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."

EB-0006  (07/21)

00305300000 ICF1003286  455648  LDEC  D

**Tower Hill Insurance**
Underwritten by Vantage Risk Specialty Insurance Company
Post Office Box 147018, Gainesville, FL 32614-7018

**Policy Number:** ICF1003286
**New  Declarations**

This declaration is effective 05/12/2022
Policy period is from 05/12/2022 to 05/12/2023
All dates are as of 12:01 A.M. Standard Time at the insured location.

## COMMON POLICY DECLARATIONS

*Insured Name and Address*

Isles of Porto Vista Condominium 10 Association Inc
C/O FLORIDA SKYLINE MANAGEMENT
22163 MAJESTIC WOODS WAY
BOCA RATON, FL 33428

*Agency: FL6583*

McGriff Insurance Services
7701 Airport Ctr. Dr. Ste 1800
Greensboro, NC 27409-9047

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

Form of Business:  Corporation
Business Description:  Residential Condominiums
Described Premises:  See Schedule Attached
Limits of Insurance:  See Schedule Attached
Optional Coverages:  See Schedule Attached
Forms and Endorsement(s) made a part of this policy at this time of issue:  See Schedule Attached

| | |
|---|---:|
| **Commercial Property Coverages Part** | $11,617.00 |
| **Policy Fees** | |
| Emergency Management Preparedness and Assistance Trust (EMPAT) Fund Fee | $4.00 |
| Florida Surplus Lines Service Office (FSLSO) Fee | $7.11 |
| Policy Tax | $585.24 |
| Policy Fee | $100.00 |
| Inspection Fee, if Applicable | $130.00 |
| **Total** | **$12,443.35** |

This insurance is issued pursuant to the Florida Surplus Lines Law.  Persons insured by Surplus Lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation on an insolvent unlicensed insurer.

SURPLUS LINES AGENT:        Michael Hisey
ADDRESS:                    7201 NW 11th Place
                            Gainesville, FL 32605-3150
LICENSE NUMBER:             E168060

**COUNTERSIGNED:**  05/26/2022    **AT:** Gainesville, FL    **BY:**

**CP DEC (01/21)**                Issued on 05/26/2022                    Printed on 05/26/2022

*(left margin, vertical text)* 00405300000 ICF1003286  455648  LDEC  D

**THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

**CP DEC (01/21)**

**New  Declarations**                                                                              **ICF1003286**

This declaration is effective 05/12/2022

Term is from 05/12/2022 to 05/12/2023

All dates are as of 12:01 A.M. Standard Time at the insured location.

## PREMISES AND BUILDINGS

| Premises | Bldg | Information | Construction |
|----------|------|-------------|--------------|
| 1 | | 3965 POMODORO CIR CAPE CORAL FL 33909 | |
| 1 | | Replacement Cost | |
| 1 | | Protection Class = 3 | |
| 1 | 1 | 3965 POMODORO CIR CAPE CORAL FL 33909 | |
| 1 | 1 | Year Built = 2006 | Masonry/Joisted Masonry |
| 1 | 1 | Building Code Effectiveness Grading =  3 | |
| 1 | 1 | "P-1" Automatic Sprinkler System Automatic Fire Alarm,"P-2" Automatic Fire Alarm | |

**CP DEC (01/21)**

00505300000 ICF1003286  455648  LDEC  D

**New Declarations**                                                      **ICF1003286**

This declaration is effective 05/12/2022
Term is from 05/12/2022 to 05/12/2023
All dates are as of 12:01 A.M. Standard Time at the insured location.

## PROPERTY COVERAGES

| Policy Coverages | Deductible | Limit |
|---|---|---|
| Inflation Guard = 2% | | |
| Employee Dishonesty | | $10,000 |
| Forgery or Alteration | | $10,000 |

**3965 POMODORO CIR CAPE CORAL FL 33909**

| Bldg# | Location Coverages | Deductible | Limit |
|---|---|---|---|
| - | All Other Perils Deductible | $5,000 | |
| - | Wind/Hail Deductible | 3% | |
| - | Catastrophic Ground Cover Collapse Included | | |
| - | Cause of Loss = Special Including Theft | | |
| - | Coinsurance | Agreed Value | |
| - | Accounts Receivable | | $50,000 |
| - | Sinkhole Loss Coverage | $5,000 | |
| - | Pollutant Removal & Clean Up Coverage | | $15,000/$60,000 |
| - | Water Backup and Sump Overflow Coverage | | $5,000 |
| - | Debris Removal Additional Insurance | | $25,000 |

| Bldg# | Building Coverages | Deductible | Limit |
|---|---|---|---|
| 1 | 3965 POMODORO CIR CAPE CORAL FL 33909 | | $2,249,545 |
| 1 | Business Personal Property | | $0 |
| 1 | Ordinance/Law Coverage A | | $2,249,545 |
| 1 | Valuable Papers | $1,000 | $50,000 |
| 1 | Ordinance/Law Coverage B/C Combined for Demolition and Increased Cost of Construction | | $67,486 |

**CP DEC (01/21)**

00605300000 ICF1003286  455648  LDEC  D

**New  Declarations**                                                           **ICF1003286**

This declaration is effective 05/12/2022
Term is from 05/12/2022 to 05/12/2023
All dates are as of 12:01 A.M. Standard Time at the insured location.

## EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

Equipment Breakdown is subject to the Limits of Insurance shown in the Declaration except as specifically shown below.

These coverages apply to all locations covered on the policy, unless otherwise specified.

**Location 1 - 3965 POMODORO CIR CAPE CORAL FL 33909**

| Coverages | Limits |
|-----------|--------|
| Equipment Breakdown Limit | Property Limits |
| Data Restoration | $100,000 |
| Hazardous Substances | $100,000 |
| Spoilage | $100,000 |
| | **OTHER CONDITIONS** |

**CP DEC (01/21)**

**New  Declarations**                                                              **ICF1003286**

This declaration is effective 05/12/2022
Term is from 05/12/2022 to 05/12/2023
All dates are as of 12:01 A.M. Standard Time at the insured location.

## FORMS

| Form | Description |
|------|-------------|
| CP 00 17 (06/07) | Condominium Association Coverage Form |
| CP 10 30 (06/07) | Causes of Loss - Special Form |
| CP 10 32 (08/08) | Water Exclusion Endorsement |
| EC 00 02 (01/17) | Table of Contents - Condominium Association |
| EC 00 17 (01/17) | Common Policy Conditions - Cancellation and Nonrenewal |
| EC 01 91 (06/21) | Florida Changes - Condominium Associations |
| EC 04 01 (01/17) | Florida - Sinkhole Loss Coverage |
| IL 09 35 (07/02) | Exclusion of Certain Computer-Related Losses |
| IL 09 53 (01/15) | Exclusion of Certified Acts of Terrorism (Schedule) |
| TC 00 10 (11/13) | Existing Damage Exclusion Endorsement |
| TC 00 13 (11/13) | Fire Code Compliance Exclusion |
| TC 00 90 (06/21) | Commercial Property Conditions |
| TC 01 00 (11/19) | Property Enhancement Endorsement |
| TC 01 12 (03/17) | Florida Changes - Mediation or Appraisal and Neutral Evaluation |
| TC 03 21 (01/16) | Windstorm or Hail Deductible |
| TC 14 20 (11/16) | Additional Property Not Covered |
| TC 15 12 (08/16) | Exclusion Earth Movement |
| CP 01 40 (07/06) | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 34 (10/12) | Exclusion of Loss Due to By-Products of Production or Processing Operations (Rental Properties) |
| IL 04 15 (04/98) | Protective Safeguards |
| CP 04 05 (04/02) | Ordinance or Law Coverage |
| TC 10 46 (02/17) | Equipment Breakdown |
| EB-0006 (07/21) | Front Page Form |
| IL 00011 (05/21) | Service of Process |
| IL P 001 (01/04) | OFAC Advisory Notice |
| IL-FEES (01/17) | Important Notice About Fees |
| Privacy Notice (08/16) | Privacy Notice |
| VR 00 12 (01/22) | Standard Policy Coverage - Declarations |
| VR JACKET (07/21) | Vantage Commercial Policy Jacket |

0080530000 ICF1003286  455648  LDEC  D

**CP DEC (01/21)**

**New  Declarations**                                                      **ICF1003286**

This declaration is effective 05/12/2022
Term is from 05/12/2022 to 05/12/2023
All dates are as of 12:01 A.M. Standard Time at the insured location.

## NAMED INSURED SCHEDULE

First Named Insured is:

Isles of Porto Vista Condominium 10 Association Inc


The following are Named Insureds as their respective interests may appear in the policy:

**CP DEC (01/21)**

01005300000 ICF1003286 455648 LDEC D

**COMMERCIAL PROPERTY**
**CP 00 17 06 07**

# CONDOMINIUM ASSOCIATION COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, outside of individual units, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

**(6)** Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

**(a)** Fixtures, improvements and alterations that are a part of the building or structure; and

**(b)** Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph **A.1.a.(6)** above.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

**(1)** Personal property owned by you or owned indivisibly by all unit-owners;

**(2)** Your interest in the labor, materials or services furnished or arranged by you on personal property of others;

**(3)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

But Your Business Personal Property does not include personal property owned only by a unit-owner.

  **c. Personal Property Of Others** that is:

    **(1)** In your care, custody or control; and

    **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

    However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

  **(1)** The lowest basement floor; or

  **(2)** The surface of the ground if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

  **(1)** Are licensed for use on public roads; or

  **(2)** Are operated principally away from the described premises.

  This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture or warehouse;

    **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

    **(c)** Rowboats or canoes out of water at the described premises; or

    **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops; or

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs, or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4),** the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) **Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 – $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

01105300000 ICF1003286  455648  LDEC   D

**EXAMPLE #2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 − $500) | |
| Debris Removal Expense: | $ | 30,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary for you to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land and water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

0120530000 ICF1003286  455648  LDEC  D

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

© ISO Properties, Inc., 2007

01305300000 ICF1003286   455648   LDEC   D

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

  **(a)** The trailer is used in your business;

  **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

  **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

  **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

  **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building #1: | $ 60,000 |
| Limit of Insurance – Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$$\begin{array}{r} \$ \ 60,100 \\ - \ \ \ \ 250 \\ \hline \$ \ 59,850 \end{array} \quad \text{Loss Payable – Building \#1}$$

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

01405300000 ICF1003286 455648 LDEC D

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage to Covered Property within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

© ISO Properties, Inc., 2007

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Unit-owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not to contribute with such other insurance.

**7. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**8. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.** and **c.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** Glass at the cost of replacement with safety-glazing material if required by law.

01505300000 ICF1003286 455648 LDEC D

**9. Waiver Of Rights Of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1);**

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2);** and

**(4)** Subtract the deductible from the figure determined in Step **(3).**

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

When:    The value of the property is:    $ 250,000

The Coinsurance percentage for it is:    80%

The Limit of Insurance for it is:    $ 100,000

The Deductible is:    $    250

The amount of loss is:    $  40,000

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

When:    The value of the property is:    $ 250,000

The Coinsurance percentage for it is:    80%

The Limit of Insurance for it is:    $ 200,000

The Deductible is:    $    250

The amount of loss is:    $  40,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

When:    The value of the property is:

Building at Location #1:    $  75,000

Building at Location #2:    $ 100,000

Personal Property at Location #2:    $   75,000
    $ 250,000

The Coinsurance percentage for it is:    90%

The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is:    $ 180,000

The Deductible is:    $   1,000

The amount of loss is:

Building at Location #2:    $  30,000

Personal Property at Location #2:    $   20,000
    $  50,000

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

    **a.** The term mortgageholder includes trustee.

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

    **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

      **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

      **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Part will then apply directly to the mortgageholder.

    **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

      **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

    **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

    **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

      **(1)** On or after the effective date of this Optional Coverage; and

      **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

      **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

01605300000 ICF1003286  455648  LDEC  D

**EXAMPLE**

If:   The applicable Limit of Insurance is:   $ 100,000

The annual percentage increase is:   8%

The number of days since the
beginning of the policy year
(or last policy change) is:   146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365 =   $   3,200

3. **Replacement Cost**

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   b. This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence; or

      (3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

      Under the terms of this Replacement Cost Optional Coverage, personal property owned indivisibly by all unit-owners, and the property covered under Paragraph **A.1.a.(6)** of this Coverage Form, are not considered to be the personal property of others.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:

      (1) Until the lost or damaged property is actually repaired or replaced; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   e. We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

      (1) The Limit of Insurance applicable to the lost or damaged property;

      (2) The cost to replace the lost or damaged property with other property:

         (a) Of comparable material and quality; and

         (b) Used for the same purpose; or

      (3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

      If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. **Extension Of Replacement Cost To Personal Property Of Others**

   a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

   b. With respect to replacement cost on the personal property of others, the following limitation applies:

      If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

01705030000 ICF1003286  455648  LDEC  D

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   **(a)** Electrical current, including arcing;

   **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

   **(c)** Pulse of electromagnetic energy; or

   **(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

   **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **(3)** Smog;

   **(4)** Settling, cracking, shrinking or expansion;

   **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

   **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

   **(7)** The following causes of loss to personal property:

      **(a)** Dampness or dryness of atmosphere;

      **(b)** Changes in or extremes of temperature; or

      **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

   **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   **(1)** Acting alone or in collusion with others; or

   **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

01805300000 ICF1003286 455648 LDEC D

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.,** Ordinance Or Law;

(b) Paragraph **B.1.c.,** Governmental Action;

(c) Paragraph **B.1.d.,** Nuclear Hazard;

(d) Paragraph **B.1.e.,** Utility Services; and

(e) Paragraph **B.1.f.,** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

01905300000 ICF1003286 455648 LDEC D

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

© ISO Properties, Inc., 2007

0200530000 ICF1003286 455648 LDEC D

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

  **a.** A "specified cause of loss" other than fire or lightning; or

  **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

  **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

  **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

  **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

0210530000 ICF1003286 455648 LDEC D

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

COMMERCIAL PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

  **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

  **2.** Mudslide or mudflow;

  **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

  **4.** Water under the ground surface pressing on, or flowing or seeping through:

    **a.** Foundations, walls, floors or paved surfaces;

    **b.** Basements, whether paved or not; or

    **c.** Doors, windows or other openings; or

  **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**Table of Contents – Condominium Association**

02305300000 ICF1003286 455648 LDEC D

## COMMERCIAL PROPERTY COVERAGE PART

**Condominium Association.....................CP 00 17**
A.  Coverage..............................................1
    Covered Property................................1
    Property Not Covered.........................2
    Covered Causes Of Loss.....................3
    Additional Coverages......................... 3
    Coverage Extensions..........................6
B.  Exclusions And Limitations..............8
C.  Limits Of Insurance............................8
D.  Deductible............................................8
E.  Loss Conditions..................................9
    Abandonment.......................................9
    Appraisal.............................................9
    Duties In The Event Of Loss Or Damage.........9
    Loss Payment....................................10
    Recovered Property...........................11
    Unit-owner's Insurance..................... 11
    Vacancy.............................................11
    Valuation...........................................11
F.  Additional Conditions.......................12
    Coinsurance......................................12
    Mortgageholders...............................13
G.  Optional Coverages..........................13
    Agreed Value.....................................13
    Inflation Guard..................................13
    Replacement Cost.............................14
    Extension Of Replacement Cost To
        Personal Property Of Others..................14
H.  Definitions.........................................14

## CAUSES OF LOSS FORMS

**Basic........................................... CP 10 10**
A.  Covered Causes Of Loss...................1
B.  Exclusions..........................................2
C.  Additional Coverage – Limited Coverage For
    "Fungus", Wet Rot, Dry Rot And Bacteria...5
D.  Limitation............................................6
E.  Definitions..........................................6

**Broad.......................................... CP 10 20**
A.  Covered Causes Of Loss...................1
B.  Exclusions..........................................2
C.  Additional Coverage – Collapse.........5
D.  Additional Coverage – Limited Coverage For
    "Fungus", Wet Rot, Dry Rot and Bacteria.. 6
E.  Limitation............................................7
F.  Definitions..........................................7

**Special....................................... CP 10 30**
A.  Covered Causes Of Loss...................1
B.  Exclusions..........................................1
C.  Limitations..........................................6
D.  Additional Coverage – Collapse.........7
E.  Additional Coverage – Limited Coverage For
    "Fungus", Wet Rot, Dry Rot and Bacteria.. 8
F.  Additional Coverage Extensions.........9
G.  Definitions..........................................9

## MANDATORY ENDORSEMENTS

**Florida Changes – Condominiums.........EC 01 91**

**Water Exclusion Endorsement................CP 10 32**

**Windstorm Or Hail Exclusion
    (Only "X-Wind" Policies)...................CP 10 54**

**Exclusion Of Certain Computer-Related
    Losses...............................................IL 09 35**

**Existing Damage Exclusion
    Endorsement.....................................TC 00 10**

**Standard Policy Coverage –
    Declarations......................................EC 00 12**

**Fire Code Compliance Exclusion............TC 00 13**

**Common Policy Conditions – Cancellation
    And Nonrenewal..............................EC 00 17**
A.  Changes...............................................1
B.  Examination Of Your Books And Records........ 1
C.  Inspections And Surveys.....................1
D.  Premiums.............................................1
E.  Transfer Of Your Rights And Duties
    Under This Policy.................................1
F.  Cancellation........................................ 1
G.  Nonrenewal..........................................2

**Florida – Commercial Property
    Conditions........................................ .TC 00 90**
A.  Concealment, Misrepresentation Or Fraud........ 1
B.  Control Of Property..............................1
C.  Insurance Under Two Or More Coverages........1
D.  Legal Action Against Us.......................1
E.  Liberalization.......................................1
F.  No Benefit To Bailee............................1
G.  Other Insurance...................................1
H.  Policy Period, Coverage Territory....................1
I.  Transfer Of Rights Of Recovery Against
    Others To Us......................................2

**Property Enhancement Endorsement.....TC 02 00**

**Florida Changes – Mediation Or Appraisal And
    Neutral Evaluation............................TC 01 12**

**Additional Property Not Covered............TC 14 20**

COMMERCIAL PROPERTY
EC 00 17 01 17

# COMMON POLICY CONDITIONS
# CANCELLATION AND NONRENEWAL

All Coverage Parts included in this policy are subject to the following conditions.

**A. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**B. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**C. Inspections And Surveys**

1. We have the right to:
   **a.** Make inspections and surveys at any time;
   **b.** Give you reports on the conditions we find; and
   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   **a.** Are safe or healthful; or
   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**D. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**E. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**F. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. Cancellation For Policies In Effect 90 Days Or Less
   **a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:
      **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
      **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:
         **(a)** A material misstatement or misrepresentation; or
         **(b)** A failure to comply with underwriting requirements established by the insurer.
   **b.** We may not cancel on the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

0240530000 ICF1003286 455648 LDEC D

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

7. Cancellation For Policies In Effect For More Than 90 Days

   a. If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

      (1) Nonpayment of premium;

      (2) The policy was obtained by a material misstatement;

      (3) There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

      (4) There has been a substantial change in the risk covered by the policy;

      (5) The cancellation is for all insureds under such policies for a given class of insureds; or

      (6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

   b. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

      (1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium; or

      (2) 45 days before the effective date of cancellation if:

         (a) Cancellation is for one or more of the reasons stated in paragraphs **7.a.(2)** through **7.a.(6)** above.

**G. Nonrenewal**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

   a. 45 days prior to the expiration of the policy for all policies.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

   a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

   b. On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

      (1) The total of such property insurance claim payments for this policy equals or exceeds the policy limits of coverage in effect on the date of loss for property damage to the covered building; or

      (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**EC 00 17 01 17**           Includes copyrighted material of Insurance Services Office, Inc., with its permission.           **Page 2 of 2**

eFiled Lee County Clerk of Courts Page 52

COMMERCIAL PROPERTY
EC 01 91 06 21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CONDOMINIUM ASSOCIATIONS

This endorsement modifies insurance provided under the following:

CONDOMINIUM ASSOCIATION COVERAGE FORM

**SCHEDULE**

| Condominium Additional Building Property | | |
|---|---|---|
| **Premises Number** | **Building Number** | **Additional Covered Property** |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Building** section is replaced by the following:

1. Building, meaning the building or structure described in the Declarations, including:
   **a.** Additions, alterations and repairs;
   **b.** Fixtures, outside of individual units, including outdoor fixtures;
   **c.** Permanently installed:
      **(1)** Machinery; and
      **(2)** Equipment;
   **d.** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:
      **(1)** Fire extinguishing equipment;
      **(2)** Outdoor furniture;
      **(3)** Floor coverings; and
      **(4)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;
   **e.** If not covered by other insurance, materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure;
   **f.** Air conditioning and heating equipment, including air conditioning compressors, used to service any part of the building or structure, including individual units and the limited common elements;
   **g.** Any other portion of the condominium property located outside of individual units, including improvements, additions and alterations;
   **h.** Fixtures, improvements, additions and alterations that are a part of the building or structure and contained within the boundaries of an individual unit, regardless of ownership, if your Condominium Association Agreement requires you to insure such property; and

   **i.** Additional property as described in the Schedule or in the Declarations.

2. But Building does not include:
   **a.** Any personal property within individual units or limited common elements except as provided in Paragraph **A.1.f.** of this endorsement;
   **b.** Floor coverings, wall coverings and ceiling coverings located within the boundaries of an individual unit and which serve only such unit;
   **c.** Electrical fixtures, water heaters, water filters, window treatments, including curtains, drapes, blinds, hardware and similar window treatment components, and built-in cabinets and countertops which are located within the boundaries of an individual unit and serve only such unit;
   **d.** Appliances, such as those used for refrigerating, ventilating, cooking, dish-washing, laundering, security or housekeeping, which are located within the boundaries of an individual unit and serve only such unit.

**B.** With respect to the coverage provided under this Coverage Form, such coverage will be provided for all portions of the condominium property as originally installed or replacement of like kind and quality, in accordance with the original plans and specifications.

**C.** With respect to Replacement Cost coverage as provided under this Coverage Form, the property described in Paragraph **A.1.f.** of this endorsement is not considered to be the personal property of others.

**D.** Coverage Extensions **5.** (First two paragraphs) is deleted and replaced by the following:
   Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

**EC 01 91 06 21**

Includes copyrighted material of ISO Properties, Inc., with its permission.

**Page 1 of 2**

0250530000 ICF1003286 455648 LDEC D

If a Coinsurance percentage of 80% or more, Agreed Value, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**E.** Paragraph **E.3. Duties In The Event Of Loss Or Damage** Property Loss Condition is replaced by the following:

   **3. Duties in the Event of Loss or Damage**

     In case of a loss to covered property, you must see that the following are done:

     **a.** Give prompt notice to us or our agent;

     **b.** Notify the police in case of loss by theft or vandalism or malicious mischief, and provide the incident number and, if we request, a copy of the report;

     **c.** Notify the credit card or electronic fund transfer card or access device company in case of loss under Credit Card or Fund Transfer Card coverage;

     **d.** Protect the property from further damage. If repairs to the property are required, you must:

       **(1)** Make reasonable and necessary repairs to protect the property; and

       **(2)** Keep an accurate record of repair expenses;

     **e.** Cooperate with us in the investigation of a claim;

     **f.** Prepare an inventory of damaged personal property showing the quantity, description, "actual cash value" and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

     **g.** As often as we reasonably require:

       **(1)** Show the damaged property;

       **(2)** Provide us with records and documents we request and permit us to make copies; and

       **(3)** You, an "insured" seeking coverage, must submit to recorded statements and examinations under oath, while not in the presence of any other "insured", and sign the same.

       Also, your representative, including any public adjuster engaged on your behalf, must each submit to recorded statements and examinations under oath, while not in the presence of any other "insured", and sign the same.

       The legal representative of the "insured" may always be present under the circumstances described in this condition.

     **h.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

       **(1)** The time and cause of loss;

       **(2)** The interests of the "insureds" and all others in the property involved and all liens on the property;

       **(3)** Other insurance which may cover the loss;

       **(4)** Changes in title or occupancy of the property during the term of the policy;

       **(5)** Specifications of damaged buildings and detailed repair estimates;

       **(6)** The inventory of damaged personal property described in **3.f.** above;

       **(7)** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

       **(8)** Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

   **i.** A claim or reopened claim, but not a supplemental claim, for loss or damage caused by any peril is barred unless notice of claim is given to us in accordance with the terms of this policy within two years after the date of loss.

     A supplemental claim is barred unless notice of the supplemental claim was given to us within three years after the date of loss.

**Page 2 of 2**     Includes copyrighted material of ISO Properties, Inc., with its permission.     EC 01 91 06 21

eFiled Lee County Clerk of Courts Page 54

COMMERCIAL PROPERTY
EC 04 01 01 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA – SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

**SCHEDULE\***

| Premises Number | Building Number |
|---|---|
|  |  |
|  |  |

*\*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.*

With respect to the location(s) indicated in the Schedule, the following provisions apply:

**A.** The following is added to this Coverage Part as a Covered Cause of Loss. In the forms which address "specified causes of loss", the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**"Sinkhole Loss",** meaning loss or damage to Covered Property when "structural damage" to the "covered building", including the foundation, is caused by settlement or systematic weakening of the earth supporting the "covered building", only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

**B.** Coverage for direct physical loss caused by "Sinkhole Loss" that occurs during the policy period including the costs incurred to:

1. Stabilize the building (including land stabilization) and
2. Repair the foundation.

Such work must be in accordance with the requirements of Florida Insurance Law; and in accordance with the recommendations of our professional engineer and with notice to you. The professional engineer or professional geologist must be selected or approved by us.

"Sinkhole Loss" does not include:

1. Land or the replacement, rebuilding, restoration, or value of land except as provided under **B.1.** above and in accordance with the recommendations of our professional engineer;

2. Sinking or collapse of land into man-made underground cavities; or
3. Earthquake.

**Property Not Covered:**

1. Any structures that are attached to the "covered building", including but not limited to:

   **a.** Driveways, sidewalks, pavers, curbing, edging;
   **b.** Patios, porches and decks;
   **c.** Swimming pools and their decking;
   **d.** Screened enclosures of any type of construction;
   **e.** Greenhouses;
   **f.** Barns, storage buildings or sheds;
   **g.** Gazebos, pergolas;
   **h.** Irrigation systems whether above or below the ground;
   **i.** Fences;
   **j.** Flagpoles;
   **k.** Satellite receivers or antennas.

2. Water wells, water storage tanks, pumping equipment, plumbing from water well to the "covered building", water conditioning and/or filtration systems; any other type of well or water storage tank is not covered unless the systems are required for legal habitation of the "covered building" and there is "structural damage" to the "covered building".

**C.** Upon receipt of a claim for a sinkhole loss, we will inspect your property to determine if there is "structural damage" that may be a result of "Sinkhole Loss".

However, until you enter into a contract for performance of building stabilization and/or foundation repair in accordance with the recommendations of the professional engineer as set forth in a report from us:

**EC 04 01 01 17**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 3**
with its permission.

0260530000 ICF1003286  455648  LDEC  D

1. We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

2. Our payment for "Sinkhole Loss" to Covered Property may be limited to the actual cash value of the loss to such property.

You must enter into a contract for the performance of building stabilization and/or foundation repair in accordance with the aforementioned recommendations, within 90 days after we notify you that there is coverage for your "Sinkhole Loss." This time period is tolled if either party invokes the "neutral evaluation" process, and begins again 10 days after the conclusion of the "neutral evaluation". After you have entered into such contract, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred.

However, if the professional engineer determines, prior to your entering into the aforementioned contract or prior to the start of repair work, that the repairs will exceed the applicable Limit of Insurance, we will pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all "Sinkhole Loss", including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

The stabilization and all other repairs to the Covered Property must be completed within 12 months after entering into the contract for the performance of these repairs, unless:

1. There is a mutual agreement between you and us;

2. The claim is involved with the "neutral evaluation" process;

3. The claim is in litigation; or

4. The claim is under appraisal or mediation.

D. With respect to coverage provided by this endorsement, the **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply.

E. With respect to a claim for alleged "Sinkhole Loss", the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a "neutral evaluation" program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). The "neutral evaluation" process will supersede the mediation process provided in this policy.

Participation in the "neutral evaluation" program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy, except that the time for filing suit is extended for a period of 60 days following the conclusion of the "neutral evaluation" process or five years, whichever is later.

The neutral evaluator" must be allowed reasonable access to the interior and exterior of the Covered Property to be evaluated or for which a claim has been made. Any reports initiated by you, or an agent of you, confirming a "Sinkhole Loss" or disputing another sinkhole report regarding the Covered Property must be provided to the "neutral evaluator" before the evaluator's physical inspection of the Covered Property.

F. Coverage for "Sinkhole Loss" under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this Coverage Part) and "Sinkhole Loss", only one Limit of Insurance will apply to such loss or damage.

G. Sinkhole Loss Deductible

A Sinkhole Loss Deductible applies to covered property, when loss is caused by "Sinkhole Loss."

The amount of your Sinkhole Loss Deductible is shown in your Declarations and applies separately to:

1. Each building that sustains loss or damage;

2. The personal property at each building at which there is loss or damage to personal property;

3. Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property. We will not pay for "Sinkhole Loss" until the amount of "Sinkhole Loss" exceeds the sinkhole loss deductible. We will then pay the amount of "Sinkhole Loss" in excess of the sinkhole loss deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Property: In determining the amount, if any, that we will pay for "Sinkhole Loss", we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Property is the highest percentage shown on the Declarations Page for any described premises.

A minimum deductible of $1,000 applies.

No other deductible applies to "Sinkhole Loss."

**Page 2 of 3**              Includes copyrighted material of Insurance Services Office, Inc.,              **EC 04 01 01 17**
with its permission.

eFiled Lee County Clerk of Courts Page 56

**H.** Notice of any claim for "Sinkhole Loss", must be provided to us in accordance with the terms of this policy within one year of the date of loss.

**I.** If you have submitted a sinkhole claim without good faith grounds for submitting such claim and such claim and we obtain written certification that there is no "sinkhole activity", then you are required to reimburse us for 50% of the actual costs of the sinkhole analyses and services provided by a professional engineer or professional geologist to conduct testing to determine the cause of loss.

**J.** As a precondition for accepting payment for a "Sinkhole Loss", you must file with the county clerk of court a copy of any sinkhole report which was prepared on your behalf or at your request.

You will bear the costs of filing and recording the sinkhole report.

**K.** You may not accept a "rebate" from any person performing repairs for "Sinkhole Loss" covered under this endorsement.    If you receive a "rebate", coverage under this endorsement is void and you must refund the amount of the "rebate" to us. "Rebate" means a remuneration, payment, gift, discount, or transfer of any item of value to the insured by or on behalf of a person performing repairs as an incentive or inducement to obtain repairs performed by that person.

**L.** The following definitions are added with respect to the coverage provided under this endorsement:

  **1.** "Covered building" means the Building Property at the insured location that is listed on the Schedule or Declarations.    This definition does not extend to any structures that are attached to the livable square footage of this stand-alone structure, unless the structure is under the same roofline or foundation line and depth as the "covered building".

  **2.** "Structural damage" means a "covered building", regardless of the date of its construction, has experienced the following:

   **a.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;

   **b.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" and prevents those members or systems from supporting the loads and forces they were designed to support to the extent

that stresses in those "primary structural members" or "primary structural systems" exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

   **c.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

   **d.** Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

   **e.** Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

  **3.** "Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

  **4.** "Primary structural system" means an assemblage of "primary structural members".

  **5.** "Neutral evaluation" means the alternative procedure for the resolution process of disputed "sinkhole" insurance claims.

  **6.** "Neutral evaluator" means a "professional engineer" or a "professional geologist" who has completed a course of study in alternative dispute resolution designed or approved by the Department for use in the "neutral evaluation" process and who is determined by the Department to be fair and impartial.

  **7.** "Professional engineer" means a person who has a bachelor's degree or higher in engineering. A "professional engineer" must also have experience and expertise in the identification of "sinkhole activity" as well as other potential causes of "structural damage".

  **8.** "Professional geologist" means a person who has a bachelor's degree or higher in geology or related earth science and experience and expertise in the identification of "sinkhole activity" as well as other potential geologic causes of "structural damage".

**EC 04 01 01 17**            Includes copyrighted material of Insurance Services Office, Inc.,            **Page 3 of 3**
with its permission.

eFiled Lee County Clerk of Courts Page 57

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

  **a.** Any of the following, whether belonging to any insured or to others:

   **(1)** Computer hardware, including microprocessors;

   **(2)** Computer application software;

   **(3)** Computer operating systems and related software;

   **(4)** Computer networks;

   **(5)** Microprocessors (computer chips) not part of any computer system; or

   **(6)** Any other computerized or electronic equipment or components; or

  **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

  due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

  **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

  **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

02805300000 ICF1003286  455648  LDEC  D

POLICY NUMBER:                                                      IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| States(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

IL 09 53 01 15                     © Insurance Services Office, Inc., 2015                     Page 1 of 2

02905300000 ICF1003286  455648  LDEC  D

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**Commercial Property**
**TC 00 10 11 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXISTING DAMAGE EXCLUSION ENDORSEMENT

It is understood and agreed that:

This policy is not intended to and does not provide coverage for any damages which occurred:

1. Prior to policy inception regardless of whether such damages were apparent at the time of the inception of this policy; or
2. Became apparent at a later date.

It is also understood and agreed that:

This policy is not intended to and does not provide coverage for any claims or damages arising out of:

1. Workmanship;
2. Repairs and / or lack of repairs;

Arising from damage which occurred prior to policy inception.

It is further understood and agreed that:

This policy does not provide coverage for any stated amount until and unless all structures covered by your previous policy have been fully and completely repaired.

Prior to such completion of repairs, coverage will be limited to the greater of:

1. The actual cash value of the property at the time of a covered loss occurring during this policy period; or
2. The cost of repairing the property to a state at which it existed at the time of a covered loss, provided that such repairs have been made.

This endorsement applies to all coverages under this policy.

03005300000 ICF1003286  455648  LDEC  D

**TC 00 10 11 13**                                                      **Page 1 of 1**

Commercial Property
TC 00 13 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIRE CODE COMPLIANCE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** The following is added to the:

Commercial Property Conditions

**FIRE CODE COMPLIANCE**

As a condition of this insurance, you are required to comply with state mandated fire codes.

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any fire code violations; and

**2.** The failure to resolve the violation(s) caused or contributed to the fire loss.

03105300000 ICF1003286  455648  LDEC  D

TC 00 13 11 13

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

Page 1 of 1

COMMERCIAL PROPERTY
TC 00 90 06 21

# FLORIDA – COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this insurance;

**2.** Legal action against us involving direct physical loss or damage to property is brought within 5 years from the date the loss occurred;

**3.** There has been a ten-day pre-suit notice of intent before bringing a suit; and

**4.** For claims where the dispute is not a denial of coverage, you must make a pre-suit settlement demand and we must make a pre-suit settlement offer.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

0320530000000 ICF1003286  455648  LDEC  D

COMMERCIAL PROPERTY
TC 00 90 06 21

**I.    TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1.    Prior to a loss to your Covered Property or Covered Income.

2.    After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

a.    Someone insured by this insurance;

b.    A business firm:

(1)    Owned or controlled by you; or

(2)    That owns or controls you; or

c.    Your tenant.

This will not restrict your insurance.

**Page 2 of 2**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **TC 00 90 06 21**

eFiled Lee County Clerk of Courts Page 68

Commercial Property
TC 01 00 11 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following (if attached to this policy):

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY
BUSINESS INCOME COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM

The following is a summary of additional coverages provided by this endorsement.  These additional coverages are further defined elsewhere in this endorsement.  This endorsement is subject to the provisions of your policy.  The sub limits are Per Occurrence (unless noted otherwise) and are included in the limits of insurance provided by your policy and are not additional limits.

| | **Coverage** | **Limit of Liability** |
|---|---|---|
| **1.A** | Debris Removal | $25,000 |
| **1.C** | Fire Department Service Charge | $2,500 |
| **1.D** | Pollutant Clean-Up and Removal | $15,000 |
| **1.F** | Electronic Data | $10,000 |
| **2.A** | Newly Acquired Property | 60 days |
| **2.B** | Personal Effects and Property of Others | |
| | Personal Effects: | $25,000 |
| | Sublimit Per Person | $5,000 |
| | Property of Others | $25,000 |
| **2.C** | Valuable Papers & Records | $50,000 |
| **2.D** | Property Off-Premises | $25,000 |
| **2.E** | Outdoor Property | $25,000 |
| | Except trees, shrubs, lawns or plants | $5,000 |
| | Except any one tree, shrub or plant | $500 |
| **2.F** | Accounts Receivable | $50,000 |
| **2.G** | Fire Extinguisher Recharge | $10,000 |
| **2.H** | Lock Replacement | $5,000 |
| **2.I** | Reward Reimbursement | $5,000 |
| **2.J** | Inventory and Appraisals of Loss | $2,500 |
| **2.K** | Forgery or Alteration | $10,000 |
| **2.L** | Employee Dishonesty | $10,000 |
| **2.M** | Back Of Sewers and Drains | $5,000 |
| **3.** | Signs (Attached) | $20,000 |
| **5.** | Property in Transit | $25,000 |

03305030000 ICF1003286  455648  LDEC  D

**TC 01 00 11 19**                                                                                    **Page 1 of 6**

**Commercial Property**
**TC 01 00 11 19**

The provisions under items **1.**, **2.** and **3.** below apply to the following Coverage Forms:

- Building and Personal Property Coverage Form
- Condominium Association Coverage Form
- Standard Property Policy

1. Section **A. Coverage**, Paragraph **4. Additional Coverages** is amended as follows:

    Subparagraph **a. Debris Removal** is amended as follows:

    The most we will pay under this Additional Coverage is $25,000.

    Subparagraph **c. Fire Department Service Charge** is amended as follows:

    The most we will pay under this Additional Coverage is $2,500.

    Subparagraph **d. Pollutant Clean-Up And Removal** is amended as follows:

    The most we will pay under this Additional Coverage is $15,000.

    Subparagraph **f. Electronic Data** is amended as follows:

    The most we will pay under this Additional Coverage is $10,000.

2. Section **A. Coverage**, Paragraph **5. Coverage Extensions** is amended as follows:

    **A.** Subparagraph **a.(3)(b)** with respect to **Newly Acquired Or Constructed Property**:

    60 days in lieu of 30 days.

    **B.** Subparagraph **b. Personal Effects And Property Of Others** is replaced by:

    **b.  Personal Effects And Property Of Others**

    You may extend the insurance that applies to Your Business Personal Property to apply to:

    **(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

    The most we will pay for loss or damage under **b.(1)** of this Extension is $5,000 per person and $25,000 at each described premise.

    **(2)** Personal property of others in your care, custody or control.

    The most we will pay under **b.(2)** of this Extension is $25,000 at each described premises. Our payment for loss or damage to personal property of others under this Extension will only be for the account of the owner of the property.

    **C.** Subparagraph **c. Valuable Papers And Records (Other Than Electronic Data)** is amended as follows:

    The most we will pay under this Extension is $50,000 at each described premise.

    **D.** Subparagraph **d. Property Off-premises** is amended as follows:

    The most we will pay for loss or damage under this Extension is $25,000.

    **E.** Subparagraph **e. Outdoor Property** is amended as follows:

    The most we will pay for loss or damage under this Extension is $25,000.  Except for trees, shrubs, lawns and plants which is limited to $5,000, but no more than $500 for any one tree, shrub or plant.

    The following coverages are added to Section **A. Coverage**, Paragraph **5. Coverage Extensions**:

    **F.** Subparagraph **g. Accounts Receivable** is added as follows:

    **g.  Accounts Receivable**

    The most we will pay under this Extension is $50,000.

    **(1)** You may extend the insurance that applies to Your Business Personal Property to apply to your records of accounts receivable:

    **(a)** At a described premises or in or on a vehicle in transit between described premises; or

    **(b)** If the records must be removed from a described premises to protect them from the threat of a Covered Cause of Loss

    We will pay for a loss while they are:

    **(i)** At a safe place away from your described premises; or

    **(ii)** Being taken to and returned from that place.

    **(2)** The amounts due from your customers that you are unable to collect :

    **(a)** All amounts due from your customers that you are unable to collect ;

    **(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**Commercial Property**
**TC 01 00 11 19**

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss;

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable that result from direct physical loss or damage by any Covered Causes of Loss to your records of accounts receivable, including credit or charge card slips.

(3) Accounts receivable loss payment will be determined as follows:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

(i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

(ii) Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss; and

(ii) The amount of the accounts that you are able to re-establish or collect; and

(iii) An amount to allow for probable bad debts that you are normally unable to collect.

(c) You will pay us the amount of all recoveries you receive for a loss paid by us. However, any recoveries in excess of the amount we have paid belong to you.

(4) Exclusions

(a) We will not pay for a loss caused by or resulting from any of the following:

(i) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

(ii) Bookkeeping, accounting or billing errors or omissions.

(b) We will not pay for loss that requires any audit of records or of inventory computation to prove its factual existence.

**G.** Subparagraph **h. Fire Extinguisher Recharge** is added as follows:

**h. Fire Extinguisher Recharge**

You may extend the insurance provided by this coverage form to cover expenses you incur to recharge portable fire extinguishers, dry chemical, carbon dioxide or liquid automatic fire extinguishing systems and the cost of resetting automatic fuel shut-off connections, if any of the above are discharged to fight a fire or are discharged due to a mechanical malfunction.

The most we will pay for loss or damage under this Extension is $10,000. No deductible shall apply to this coverage.

**H.** Subparagraph **i. Lock Replacement** is added as follows:

**i. Lock Replacement**

You may extend the insurance provided by this coverage form to cover necessary expense to repair or replace exterior or interior door locks of a covered building:

(1) If your door keys are stolen in a covered theft loss; or

(2) When your property is damaged and your door keys are stolen by burglars.

The most we will pay under this Extension is $5,000 for any one occurrence.  No deductible shall apply to this coverage.

**I.** Subparagraph **j. Reward Reimbursement** is added as follows:

**j. Reward Reimbursement**

You may extend the insurance provided by this coverage form to provide a reward for information that leads to a criminal conviction in connection with loss or damage to covered property by a Covered Cause of Loss. The most we will pay for loss or damage under this Extension is $5,000 regardless of the number of persons involved providing information.

**J.** Subparagraph **k. Inventory And Appraisals** is added as follows:

**k. Inventory And Appraisals**

**TC 01 00 11 19**                                                                                          **Page 3 of 6**

03405300000 ICF1003286  455648  LDEC  D

**Commercial Property**
**TC 01 00 11 19**

You may extend the insurance provided by this coverage form to cover your expenses to record information, compile inventories, or obtain appraisals we require to comply with the loss conditions of this coverage form.

The most we will pay for loss or damage under this Extension is $2,500 for any one loss to covered property caused by a Covered Cause of Loss.

**K.** Subparagraph **I. Forgery Or Alteration** is added as follows:

   **I.** **Forgery Or Alteration**

     **(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

     **(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

     **(3)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000.

     **(4)** With respect to the provisions of this coverage only, the following definition is added:

       **(a)** "Money" means:

         **i.** Currency, coins and bank notes in current use and having a face value; and

         **ii.** Travelers checks, register checks and money orders held for sale to the public.

**L.** Subparagraph **m. Employee Dishonesty** is added as follows:

   **m.** **Employee Dishonesty**

     **(1)** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

       **(a)** Cause you to sustain loss or damage; and also

       **(b)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

         **i.** Any employee; or

         **ii.** Any other person or organization.

     **(2)** We will not pay for loss or damage:

       **(a)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

       **(b)** Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **(1)**), "managers" or directors:

         **i.** Whether acting alone or in collusion with other persons; or

         **ii.** While performing services for you or otherwise.

       **(c)** The only proof of which as to its existence or amount is:

         **i.** An inventory computation; or

         **ii.** A profit and loss computation.

     **(3)** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty is $10,000.

     **(4)** All loss or damage:

       **(a)** Caused by one or more persons; or

       **(b)** Involving a single act or series of acts;

     is considered one occurrence.

     **(5)** If any loss is covered:

       **(a)** Partly by this insurance; and

       **(b)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

**Commercial Property**
**TC 01 00 11 19**

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(6)** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**(7)** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**(8)** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(a)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(9)** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(a)** This Optional Coverage as of its effective date; or

**(b)** The prior insurance had it remained in effect.

**(10)** With respect to the provisions of this coverage only, the following definitions are added:

**(a)** "Money" means:

**i.** Currency, coins and bank notes in current use and having a face value; and

**ii.** Travelers checks, register checks and money orders held for sale to the public.

**(b)** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**i.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**ii.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**(c)** "Manager" means a person serving in a directorial capacity for a limited liability company.

**(d)** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**(e)** "Employee" means:

**i.** non-compensated Officers and Directors of the Named Insured Association; and

**ii.** any person while acting as your real estate manager.

**M.** Subparagraph **n. Backup of Sewers and Drains** is added as follows:

**n. Backup Of Sewers and Drains**

You may extend the insurance provided by this coverage form to cover direct physical loss or damage to Covered Property. Caused by or resulting from discharge of water or waterborne material from a sewer, drain or sump located on the described premises provided such discharge is not induced by flood or flood related conditions.

The most we will pay for loss or damage under this extension is shown on Page 1 for any one loss to covered property caused by a Covered Cause of Loss.

Each of these extension is additional insurance, but not additional limits.

Each of these Extensions is additional insurance, but not additional limits. Section **F. Additional Conditions**, Paragraph **1. Coinsurance**, does not apply to these Extensions.

**3.** Section **C. Limits Of Insurance**, second paragraph is amended with respect to outdoor signs as follows:

**TC 01 00 11 19**                                                                                    **Page 5 of 6**

03505300000 ICF1003286 455648 LDEC D

**Commercial Property**
**TC 01 00 11 19**

The most we will pay for loss or damage to outdoor signs attached to buildings is $20,000 per sign in any one occurrence.

**4.** If you have purchased the Business Income (and Extra Expense) Coverage Form, Section **A. Coverage,** Paragraph **6.c.(2)**; or Paragraph **5.c.(2)** of the Business Income (without Extra Expense), then it is replaced as follows:

60 days expire after you acquire or begin to construct the property; or

**5.** If you have purchased the Causes of Loss – Special Form, it is amended as follows:

Section **F. Additional Coverage Extensions**, Paragraph **1.c.** under **Property in Transit** is amended as follows:

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**6. Other Insurance**

If there is other insurance covering the same loss or damage as provided for in this endorsement, we will pay only for the amount covered in excess of the amount due from that other insurance, whether you can collect or not . However, we will not pay more than the applicable limit of insurance.

Commercial Property
TC 01 12 03 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES
# MEDIATION OR APPRAISAL AND NEUTRAL EVALUATION

This endorsement modifies insurance provided under the following (if attached to this policy):

BUILDERS RISK COVERAGE FORM (COMMERCIAL PROPERTY COVERAGE PART)
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

**A.** With respect to a loss to commercial residential property, the following replaces the **Appraisal** Condition:

**MEDIATION OR APPRAISAL**

If we and you disagree on the value of the property or the amount of loss, either may request:

**1.** A mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of mediation is binding only if both parties agree, in writing, on a settlement, and you have not rescinded the settlement within 3 business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the mediator's fee for that rescheduled conference. However, if we fail to appear at a mediation conference, we will pay your actual cash expenses you incur in attending the conference and also pay the mediator's fee for the rescheduled conference.

**2.** An appraisal of the loss, in writing. In this event, each party will choose a competent and disinterested appraiser within 20 days after receiving a written request from the other. The two appraisers will choose a competent and disinterested umpire.  If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the insured premises is located.  The appraisers will separately set the amount of the loss, stating separately actual cash value and applicable replacement cost for each item.  If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will set the amount of actual cash value and replacement cost for the loss.

A decision agreed to by any two will be binding.

Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**B.** With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential or farm residential properties, this program applies instead of any mediation procedure set forth elsewhere in this policy, but does not invalidate the Appraisal Condition.

TC 01 12 03 17                    Includes copyrighted material of                    Page 1 of 2
Insurance Services Office, Inc., with its permission.

eFiled Lee County Clerk of Courts Page 75

**Commercial Property**
**TC 01 12 03 17**

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay reasonable costs associated with the neutral evaluation, regardless of which party makes the request. But if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the neutral evaluation, that party must bear the costs of those services. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy, except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

**Page 2 of 2**                    **Includes copyrighted material of**                    **TC 01 12 03 17**
**Insurance Services Office, Inc., with its permission.**

eFiled Lee County Clerk of Courts Page 76

COMMERCIAL PROPERTY
TC 03 21 01 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Windstorm Or Hail Deductible |
|---|---|---|
|  |  |  |
|  |  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation Of The Deductible – All Policies**

1. A Deductible is calculated separately for, and applies separately to:

   a. Each building that sustains loss or damage;

   b. The personal property at each building at which there is loss or damage to personal property;

   c. Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

3. When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the deductible shown in the Schedule for any described premises.

03705300000 ICF1003286 455648 LDEC D

TC 03 21 01 16          Includes copyrighted material of Insurance Services Office, Inc.,          Page 1 of 2
with its permission.

**B. Calculation Of The Deductible – Specific Insurance**

    **1. Property Not Subject To Value Reporting Forms**

      In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the deductible as shown in the Schedule that is applicable to the property that has sustained loss or damage.

    **2. Property Subject To Value Reporting Forms**

      In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the deductible as shown in the Schedule applicable to the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

      However, if the deductible shown in the Schedule is a percentage and:

      **a.** If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

      **b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**EXAMPLES – APPLICATION OF DEDUCTIBLE**

**EXAMPLE #1 – SPECIFIC INSURANCE (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):** $70,000 ÷ $80,000 = .875

Step **(2):** $60,000 x .875 = $52,500

Step **(3):** $70,000 x 1% = $700

Step **(4):** $52,500 – $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

**EXAMPLE #2 – SPECIFIC INSURANCE (B.1.)**

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

**BUILDING**

Step **(1):** $80,000 x 2% = $1,600

Step **(2):** $60,000 – $1,600 = $58,400

**PERSONAL PROPERTY**

Step **(1):** $64,000 x 2% = $1,280

Step **(2):** $40,000 – $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

TC 03 21 01 16

Commercial Property
TC 14 20 11 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL PROPERTY NOT COVERED

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

The following is added to **2. Property Not Covered**, unless the property is specifically scheduled in the Declarations:

**r.** Awnings or canopies of fabric or slat construction, including their supports;

**s.** Brick, metal, stone, or concrete chimneys not forming a part of a building;

**t.** Stacks not forming part of a building or metal smokestacks;

**u.** Crop silos and their contents;

**v.** Swimming pools, diving towers, platforms or Jacuzzis;

**w.** Waterwheels, windmills, wind pumps or their towers;

**x.** Tennis courts;

**y.** Glass which is not part of a building or structure;

**z.** Metal ingots, pigs, billets, or scraps;

**aa.** Ores, gravels, clay, or sand;

**bb.** Property stored in open yards or playgrounds and related equipment;

**cc.** Fences or walls;

**dd.** Vending machines or their contents;

**ee.** "Stock";

**ff.** Radio or television antennas or aerials, satellite dish (including lead-in wiring, masts or towers and their support);

**gg.** Any structure including the personal property contained within or on the structure, located in whole or in part over water.

**hh.** Any structure or attachment, whether attached or separate from the covered building, where that structure's roof coverings are of screen, fabric, thatch, lattice, or slats and similar material; or

Where the structure's exterior wall coverings are of fabric, thatch, lattice, or slats and similar material.

**ii.** Greenhouses, glasshouses, hothouses, slathouses, trellises, chickees, gazebos, pergolas, cabanas and tiki huts; or

Similar structures and personal property contained within or on these structures.

03805030000 ICF1003286  455648  LDEC  D

| TC 14 20 11 16 | **Includes copyrighted material of**<br>**Insurance Services Office, Inc., with its permission.** | Page 1 of 1 |

COMMERCIAL PROPERTY
TC 15 12 08 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EARTH MOVEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

1. **Earth Movement**, **Exclusion B.1.b.** is deleted and replaced by the following:

   b. **Earth Movement**, meaning

      (1) Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

      (2) Landslide;

      (3) Mine subsidence;

      (4) Mudflow;

      (5) Earth sinking, rising or shifting;

      (6) Clay shrinkage or other expansion or contraction of soils or organic materials;

      (7) Decay of buried or organic materials, construction debris, or fill;

      (8) Settling, cracking or expansion o f foundation; or

      (9) Soil movement resulting from blasting.

   Whether or not caused by natural or manmade activities; unless direct loss by:

      (1) Fire; or

      (2) Explosion;

   ensues and then we will pay only for the ensuing loss.

   This exclusion does not apply to loss by theft.

All other provisions of this policy apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

04005300000 ICF1003286  455648  LDEC  D

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 10 34 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO BY-PRODUCTS OF PRODUCTION OR PROCESSING OPERATIONS (RENTAL PROPERTIES)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Description Of Rental Unit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The terms of this endorsement apply to the rental unit(s) described in the Schedule, and to the building(s) in which such unit(s) is located, including any contents of such unit(s) and building(s), all of which constitute the described premises for the purpose of this endorsement.

**B.** We will not pay for loss or damage to the described premises, caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental unit(s) described in the Schedule. This exclusion applies regardless of whether such operations are:

  **1.** Legally permitted or prohibited;

  **2.** Permitted or prohibited under the terms of the lease; or

  **3.** Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

**C.** If the loss or damage described in Paragraph **B.** results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the business income and/or extra expense forms listed in this endorsement, or under any other business interruption insurance if provided under this policy.

**D.** The conduct of a tenant's production or processing operations will not be considered to be vandalism of the rental premises regardless of whether such operations are:

  **1.** Legally permitted or prohibited;

  **2.** Permitted or prohibited under the terms of the lease; or

  **3.** Usual to the intended occupancy of the premises.

04105300000 ICF1003286  455648  LDEC  D

**CP 10 34 10 12**    © Insurance Services Office, Inc., 2011    **Page 1 of 1**

POLICY NUMBER:

**INTERLINE**
**IL 04 15 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE\***

| Prem.<br>No. | Bldg<br>No. | Protective Safeguards<br>Symbols Applicable |
|---|---|---|
| | | |
| **Describe any "P-9":** | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property – Other Farm
    Provisions Form – Additional Coverages,
    Conditions, Definitions
General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
    Form

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

    **"P-1"** **Automatic Sprinkler System,** including related supervisory services.

    Automatic Sprinkler System means:

    **a.** Any automatic fire protective or extinguishing system, including connected:

    (1) Sprinklers and discharge nozzles;

    (2) Ducts, pipes, valves and fittings;

    (3) Tanks, their component parts and supports; and

    (4) Pumps and private fire protection mains.

    **b.** When supplied from an automatic fire protective system:

    (1) Non-automatic fire protective systems; and

    (2) Hydrants, standpipes and outlets.

    **"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

    **a.** Connected to a central station; or

    **b.** Reporting to a public or private fire alarm station.

    **"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

    **"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

    **"P-9"** The protective system described in the Schedule.

0420530000 ICF1003286  455648  LDEC  D

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
MORTGAGE HOLDERS ERRORS  AND
     OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM – FARM
     PROPERTY
MOBILE AGRICULTURAL MACHINERY AND
EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Insurance Services Office, Inc.,  1997
**IL 04 15 04 98**

POLICY NUMBER:                                    **COMMERCIAL PROPERTY**
                                                 **CP 04 05 04 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit Of Insur. | Cov. C Limit Of Insur. | Cov. B And C Combined Limit Of Insur. |
|---|---|---|---|---|
| / | • | $ | $ | $                    ** |
| / | • | $ | $ | $                    ** |
| / | • | $ | $ | $                    ** |

\*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.** Each Coverage – Coverage **A**, Coverage **B** and Coverage **C** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

**1.** The ordinance or law:

    **a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

    **b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2.a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

    **b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

    **c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

**CP 04 05 04 02**                © ISO Properties, Inc., 2001                **Page 1 of 4**

04305300000 ICF1003286  455648  LDEC  D

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage **A, B** or **C** of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination to "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

**1. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**2. Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C – Increased Cost Of Construction Coverage**

**a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

**1.** All following loss payment Provisions, **E.2.** through **E.5.,** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      (1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

   b. If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

4. Unless Paragraph **E.5.** applies, loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage **C:**

      (1) Until the property is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the same premises; or

      (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

   c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the new premises; or

      (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

5. If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment pro- visions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction:

      (1) We will not pay for the increased cost of construction:

         (a) Until the property is actually repaired or replaced, at the same or another premises; and

         (b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      (2) If the building is repaired or replaced at the same premises, or if you elect to re- build at another premises, the most we will pay for the increased cost of con- struction is the increased cost of con- struction at the same premises.

04405300000 ICF1003286  455648  LDEC  D

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

**I.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL PROPERTY
TC 10 46 02 17

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE
### (Including Electronic Circuitry Impairment)

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    CAUSES OF LOSS-- BASIC FORM
    CAUSES OF LOSS-- BROAD FORM
    CAUSES OF LOSS-- SPECIAL FORM

**A.** The following is added as an Additional Coverage to the Causes of Loss– Basic Form, Broad Form or Special Form.

**Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**2.** Unless otherwise shown in a "schedule", the following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **2.g.** Service Interruption below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

  **a.** Business Income and Extra Expense

    **(1)** Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a "schedule", then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment", and the deductible shown in the "schedule" will apply.

    **(2)** The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a "schedule".

  **b.** Data Restoration

    **(1)** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

    **(2)** The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in a "schedule".

  **c.** Expediting Expenses

  With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

    **(1)** Make temporary repairs; and

    **(2)** Expedite permanent repairs or permanent replacement.

  **d.** Hazardous Substances

    **(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

    **(2)** This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.h.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

    **(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise shown in a "schedule".

© 2015
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

04505300000 ICF1003286  455648  LDEC  D

**e.** Off Premises Equipment Breakdown

    **(1)** We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

    **(2)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

    **(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in **(2)** above is $10,000 unless otherwise shown in a "schedule".

**f.** Public Relations

    **(1)** This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

    **(2)** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

        **(a)** The media;

        **(b)** The public; or

        **(c)** Your customers, clients or members.

    **(3)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

    **(4)** The most we will pay for loss or expense under this coverage is $5,000.

**g.** Service Interruption

    **(1)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

    **(2)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

    **(3)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

    **(4)** Unless otherwise shown in a "schedule", any insurance provided for Business Income or Data Restoration will not apply under this Service Interruption coverage unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

    **(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage, except that if a limit is shown in a "schedule" for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**h.** Spoilage

    **(1)** We will pay for:

        **(a)** Physical damage to "perishable goods" due to spoilage;

        **(b)** Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

TC 10 46 02 17

© 2015
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Page 2 of 8

eFiled Lee County Clerk of Courts Page 94

**(c)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

**(3)** The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise shown in a "schedule".

**3.** EXCLUSIONS

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**a.** The following exclusions are modified:

**(1)** If the Causes of Loss -- Basic Form or Causes of Loss -- Broad Form applies, the following is added to Exclusion **B.2.**:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**(2)** If the Causes of Loss -- Special Form applies, with respect to this endorsement only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**b.** The following exclusions are added with respect to this endorsement only:

**(1)** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(a)** Fire, including smoke from a fire;

**(b)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

**(c)** Any other explosion, except as specifically covered under this endorsement;

**(d)** Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

**(e)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies; or

**(f)** Vandalism.

**(2)** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

**(a)** Lightning;

**(b)** Windstorm or hail. However this exclusion does not apply when:

**i.** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

**ii.** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

**(c)** Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

© 2015
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

eFiled Lee County Clerk of Courts Page 95

0460530000 ICF1003286 455648 LDEC D

**(d)** Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

**(e)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**(f)** Water or other means used to extinguish a fire.

**(3)** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**(4)** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that such spoilage is covered under Spoilage coverage.

**(5)** We will not pay for any loss or damage to animals.

**c.** Exclusions **b.(2)(a)**, **b.(2)(b)**, **b.(2)(c)** and **b.(2)(d)** above shall not apply if:

**(1)** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

**(2)** Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

**(3)** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

**d.** Any cause of loss set forth in exclusion **b.(2)(d)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects Service Interruption coverage.

**4.** DEFINITIONS

The following definitions are added with respect to this endorsement only:

**a.** "Accident"

**(1)** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**(a)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(b)** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

**(c)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**(d)** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**(e)** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**(2)** None of the following is an "accident":

**(a)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

**(b)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**b.** "Boilers and vessels" means:

**(1)** Any boiler, including attached steam, condensate and feedwater piping; and

**(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

© 2015
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

This term does not appear elsewhere in this endorsement, but may appear in a "schedule".

**c.** "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

**d.** "Covered equipment"

**(1)** "Covered equipment" means, unless otherwise specified in a "schedule", Covered Property:

**(a)** That generates, transmits or utilizes energy; or

**(b)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

**(2)** None of the following is "covered equipment":

**(a)** Structure, foundation, cabinet or compartment;

**(b)** Insulating or refractory material;

**(c)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(d)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(e)** "Vehicle" or any equipment mounted on a "vehicle";

**(f)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(g)** Dragline, excavation or construction equipment; or

**(h)** Equipment manufactured by you for sale.

**e.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**f.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

**g.** "Electronic circuitry impairment"

**(1)** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **(2)**, **(3)** and **(4)** below.

**(2)** We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

**(3)** The "covered equipment" must be owned or leased by you, or operated under your control.

**(4)** None of the following is an "electronic circuitry impairment":

**(a)** Any condition that can be reasonably remedied by:

**i.** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

**ii.** Rebooting, reloading or updating software or firmware; or

**iii.** Providing necessary power or supply.

**(b)** Any condition caused by or related to:

**i.** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

**ii.** Insufficient size, capability or capacity of the "covered equipment".

**(c)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty

© 2015
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

0470530000 ICF1003286  455648  LDEC   D

shall not be considered an observable loss of functionality.

**h.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**i.** "Media" means material on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

**j.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

**k.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**l.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in a "schedule".

**m.** "Schedule" means the Equipment Breakdown Coverage Schedule.

**n.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

**B.** The Building and Personal Property Coverage Form, Condominium Association Coverage Form, or Condominium Commercial Unit-Owners Coverage Form, whichever is applicable, is modified as follows.

The definitions stated above also apply to section B. of this endorsement.

**1.** DEDUCTIBLE

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a "schedule". If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D.** DEDUCTIBLE is deleted and replaced with the following:

**a.** Deductibles for Each Coverage

**(1)** Unless the "schedule" indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

**b.** Direct and Indirect Coverages

**(1)** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the "schedule".

**(2)** Unless more specifically indicated in the "schedule":

**(a)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

**(b)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**c.** Application of Deductibles

**(1)** Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible or

TC 10 46 02 17          Includes copyrighted material of Insurance Services Office, Inc.,          Page 6 of 8
with its permission.

deductibles, up to the applicable Limit of Insurance.

**(2)** Time Deductible

If a time deductible is shown in the "schedule", we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3)** Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the "schedule" will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indi-

cated minimum deductible, the minimum deductible will be the applicable deductible.

**2.** CONDITIONS

**a.** The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, or Condominium Commercial Unit-Owners Coverage Form, whichever is applicable; the Commercial Property Conditions and the Common Policy Conditions.

**(1)** Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(a)** Your last known address; or

**(b)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**(2)** Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**(3)** Coinsurance

If a coinsurance percentage is shown in a "schedule" for specified coverages, the following condition applies. We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage

© 2015
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

04805300000 ICF1003286  455648  LDEC  D

to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**b.** As respects this endorsement only, the Valuation Condition in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, or Condominium Commercial Unit-Owners Coverage Form, whichever is applicable, is deleted and replaced with the following:

Valuation

We will determine the value of Covered Property as follows:

**(1)** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

   **(a)** The cost to repair the damaged property;

   **(b)** The cost to replace the damaged property on the same site; or

   **(c)** The amount you actually spend that is necessary to repair or replace the damaged property.

**(2)** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property.

**(3)** Except as described in **(4)** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**(4)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of

component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**(5)** The following property will be valued on an Actual Cash Value basis:

   **(a)** Any property that does not currently serve a useful or necessary function for you;

   **(b)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

   **(c)** Any Covered Property for which Actual Cash Value coverage is specified in a "schedule",

Actual Cash Value includes deductions for depreciation.

**(6)** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

   **(a)** The property was manufactured by you;

   **(b)** The sales price of the property is less than the replacement cost of the property; or

   **(c)** You are unable to replace the property before its anticipated sale.

**(7)** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

   **(a)** For mass-produced and commercially available software, at the replacement cost.

   **(b)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a "schedule". Coverage provided under this endorsement does not provide an additional amount of insurance.

© 2015
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# SERVICE OF SUIT ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

In the event of the failure of this Insurer to pay any amount claimed to be due hereunder, this Insurer will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the following person and that in any suit instituted against such person upon this Policy, this Insurer will abide by the final decision of such Court or of any Appellate Court in the event of an appeal:

Vantage Risk Specialty Insurance Company
Attn: General Counsel
River Point, 17th Floor
444 W. Lake Street
Chicago, IL 60606

The above-named is authorized and directed to accept service of process on behalf of this Insurer in any such suit and or upon the request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon this Insurer's behalf in the event such a suit  shall  be  instituted.

Further, pursuant to any statute of any state, territory or district of the United States of America, which makes provision therefore, this Insurer hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http://www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

05005300000 ICF1003286  455648  LDEC  D

IL-FEES (01/17)

# IMPORTANT NOTICE ABOUT FEES

**CPIC Recoupment Fee\***

Your policy declarations page may reflect a charge titled CP/C Recoupment Fee. This charge is based on assessments that the Company paid to the Citizens Property Insurance Corporation (CPIC). CPIC provides insurance to, and serves the needs of, homeowners in high-risk areas and others who cannot find coverage in the open, private insurance market.

**FHCF Assessment Fee\***

Your policy declarations page may reflect a charge titled FHCF Assessment Fee. This charge is based on assessments that the Company paid to the Florida Hurricane Catastrophe Fund (FHCF). The purpose of the FHCF is to protect and advance the state's interest in maintaining insurance capacity in Florida by providing reinsurance to insurers for a portion of their catastrophic hurricane losses.

**FIGA Recoupment Fee\***

Your policy declarations page may reflect a charge titled FIGA Recoupment Fee. This charge is based on assessments that the Company paid to the Florida Insurance Guaranty Association (FIGA). The Florida Insurance Guaranty Association, created by the Florida legislature, handles the claims of insolvent property and casualty insurance companies.

**EMPAT Fee**

Your policy declarations page may reflect a charge titled EMPAT Fee. This charge is paid to the Emergency Management Preparedness and Assistance Trust Fund. This fund is used by the Florida Division of Emergency Management.

**FSLSO Fee**

Your policy declarations page may reflect a charge titled FSLSO Fee. This charge is paid by the Company to the Florida Surplus Lines Service Office. The chief purposes of the Florida Surplus Lines Service Office are to protect consumers, monitor marketplace compliance and protect state revenues.to service your policy.

**MGA Fee**

Your policy declarations page may reflect a charge titled MGA Fee. This charge is paid by the Company to its Managing General Agency, Tower Hill Insurance Group, Inc., to service your policy.

*\* These fees may be assessed for multiple years, and therefore your policy may reflect more than one fee of this type. In this case, your policy declarations page will include the applicable year with each instance of this charge*

IL-FEES (01/17)

**TOWER HILL INSURANCE GROUP, LLC**
**P.O. Box 147018**
**Gainesville, FL  32614-7018**

**As General Agent or Policy Administrator for and on behalf of its sponsoring insurance companies:**

**Indian Harbor Insurance Company**
**Lloyd's Syndicates**
**Omega Insurance Company**
**Rockhill Insurance Company**
**Tower Hill Preferred Insurance Company**
**Tower Hill Prime Insurance Company**
**Tower Hill Select Insurance Company**
**Tower Hill Signature Insurance Company**

## PRIVACY NOTICE

We value you as a customer and respect your right to privacy.  This Notice describes the privacy practices of each insurance company listed above and its affiliates ("companies") regarding the collection, use, security, and sharing of non-public personal information ("customer information") by Tower Hill Insurance Group, LLC and its affiliates ("Tower Hill").

Tower Hill is an appointed general agent or policy administrator for the companies (referred to as "we", "us", or "our" in this Notice).  As such, Tower Hill solicits, underwrites, issues, and processes property and casualty insurance policies and claims for the companies.  Each company is a separate insurer and may be affiliated with other insurance companies.

On behalf of itself, its affiliates and the companies, Tower Hill is providing the following Privacy Notice, as required by federal and state laws.  If you have any questions after reading this Privacy Notice, please contact Tower Hill at the address noted above.

How We Protect Customer Information

We maintain physical, electronic and procedural safeguards that comply with applicable regulatory standards to protect your customer information.  We also restrict access to your customer information to only those individuals who need to know that information to provide products or services to you.  All employees, agents, affiliates, and third parties are required to adhere to our privacy standards and use customer information only for legitimate business purposes.

Information We Collect

We collect customer information about you and the members of your household from the following sources:

- Application Forms: Information we receive from you on applications and other forms, such as your name, address, date of birth, social security number, family member information, property location and value.
- Prior Transaction History: Information about your transactions and experiences with us, our affiliates, or others, such as your policy coverage, premiums, payments, and claims history.
- Reporting Agencies: Information we receive from consumer reporting agencies, other insurers, medical providers, and insurance support organizations, such as motor vehicle records, and credit report information.

Privacy Notice  (08/16)                                    - 1 -

<u>Information We Disclose and To Whom</u>

We do not disclose any customer information about our customers or former customers to anyone, except as permitted by law.

We may disclose all of the customer information we collect about you, as described above in "Information We Collect," to our affiliates and other entities that perform marketing or administrative services on our behalf, or to other financial institutions with whom we have joint marketing agreements, or as permitted by law.  Affiliated companies may include insurers and reinsurers, insurance agencies and brokers, claims adjusters, and information technology companies.  Other entities are not affiliated companies and may include other insurance and reinsurance companies, service vendors, insurance agencies and other persons as permitted by law.  These affiliated and other entities provide services necessary to carry out our normal business activities, such as evaluating requests for insurance products, processing policies and transactions to renew, replace or service your policy of insurance, evaluating claims, marketing our products and services, and administering policies.  Any joint marketing agreements we have with other entities prohibit the disclosure of any shared non-public personal information other than to carry out the purposes for which we or such other entities disclose information pursuant to those marketing agreements.

We share with our affiliates customer information permitted by law including information arising from transactions and experiences with you.  We do not share other credit-related information with our affiliates, except as permitted or required by law.

We will not use or share any personally identifiable health information for any purpose except to underwrite insurance, administer your policy, account or claim, as required or permitted by law, or as otherwise authorized by you.

<u>Notice of Information Practices</u>

You have the right to understand how we use the customer information we collect.  Please contact us if you have any questions.  If your insured property is in the states of AZ, CA, CT, GA, HI, IL, KS, MA, ME, MN, MT, NV, NJ, NC, OH, OR, VA, you have the right to access information we have collected about you and correct information that is not accurate.  You may request a more detailed notice of our access and correction practices from the address noted above.

This Privacy Notice describes our practices for current and former customers.  If there is more than one person insured under this policy, only the named insured on the policy will receive this Notice, though additional insureds may request a copy of this Notice. Please share this information with everyone covered by the policy.

We reserve the right to modify this policy at anytime. If we make material changes, we will provide a revised Notice.

Thank you for choosing Tower Hill and its companies. Our Privacy Notice applies to the following affiliates in the Tower Hill family of companies:

| | | |
|---|---|---|
| Alachua Capital Corporation | Tower Hill Capital Holdings, LLC. | Tower Hill Prime Insurance Company |
| ICS Software Acquisition, Inc. | Tower Hill Insurance Services, LLC | Tower Hill Select Insurance Company |
| Indian Harbor Insurance Company | Tower Hill Claims Service, LLC | Omega Insurance Company |
| Omega Insurance Holdings, Inc. | Tower Hill Holdings, Inc. | Tower Hill Signature Insurance Company |
| Tomoka Re Holdings, Inc. | Tower Hill Insurance Group, LLC. | Tower Hill Signature Insurance Holdings, Inc. |
| Tomoka Reinsurance Intermediaries, Inc. | Tower Hill Preferred Insurance Company | |

VR 00 12 01 22

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# STANDARD POLICY COVERAGE - DECLARATIONS

This policy is issued on behalf of Vantage Risk Specialty Insurance Company and, by acceptance of this policy you agree:

1.  That the statements in the Declarations are your representations;

2.  That this policy is issued in reliance upon the truth of those representations;

3.  That this policy embodies all agreements existing between you and Vantage Risk Specialty Insurance Company or any of our producers relating to this policy.

0530530000 ICF1003286  455648  LDEC  D

VR 00 12 01 22                                                                                          Page 1 of 1